[Cite as *Thomson v. Gibson*, 2026-Ohio-2287.]

STATE OF OHIO )
)ss:
COUNTY OF SUMMIT )

IN THE COURT OF APPEALS
NINTH JUDICIAL DISTRICT

JASEN ERIK THOMSON

    Petitioner

v.

JOSEPH GIBSON, ET AL.

    Respondents

C.A. No. 31863

ORIGINAL ACTION IN
PROHIBITION

Dated: June 17, 2026

PER CURIAM.

{¶1} Jasen Thomson has petitioned this Court for a writ of prohibition. Because Mr. Thomson failed to comply with the mandatory requirements of R.C. 2969.25, this Court must dismiss this case.

{¶2} R.C. 2969.25 sets forth specific filing requirements for inmates who file a civil action against a government employee. The Summit County Sheriff's Department is a government entity, and Mr. Thomson, incarcerated in the Summit County Jail at the time his petition was filed, is an inmate. R.C. 2969.21(C) and (D). A case must be dismissed if an inmate fails to comply with the mandatory requirements of R.C. 2969.25 in the commencement of the action. *State ex rel. Graham v. Findlay Mun. Court*, 2005-Ohio-3671, ¶ 6.

{¶3} Mr. Thomson was required to file an affidavit of prior civil actions at the commencement of this action. R.C. 2969.25(A). Mr. Thomson, however, only filed the petition. Because he failed to file an affidavit of prior civil actions, this case must be

dismissed.  "Compliance with R.C. 2969.25(A) is mandatory, and a failure to comply warrants dismissal of the action." *State ex rel. Woods v. Jenkins*, 2023-Ohio-2333, ¶ 4, quoting *State v. Henton*, 2016-Ohio-1518, ¶ 3.

{¶4}   Mr. Thomson was also required to pay the cost deposit, as required by this Court's Local Rules, or comply with R.C. 2969.25(C).  Mr. Thomson did not pay the cost deposit when he filed the petition, and he did not file an affidavit in compliance with R.C. 2969.25(C).  The Supreme Court has held that failure to pay the cost deposit or seek a waiver supported by the statutorily mandated documents requires dismissal of the case.  *Dunkle v. Hill*, 2021-Ohio-3835, ¶ 7.

{¶5}   Because Mr. Thomson failed to comply with the mandatory requirements of R.C. 2969.25(A) and (C), this case is dismissed.  Costs taxed to Mr. Thomson.

{¶6}   The clerk of courts is hereby directed to serve upon all parties not in default notice of this judgment and its date of entry upon the journal.  *See* Civ.R. 58(B).

_____
JILL FLAGG LANZINGER
FOR THE COURT

SUTTON, J.
STEVENSON, J.
CONCUR.

APPEARANCES:

JASEN E. THOMSON, Pro Se, Petitioner.

ELLIOT KOLKOVICH, Prosecuting Attorney, and JENNIFER M. PIATT, Assistant Prosecuting Attorney, for Respondents.